# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:                                          Case No:    05-53768
BRET L BICE
CHRISTINA F BICE                                Judge:     C KATHRYN PRESTON
1330 HANOVER RD LOT 221
DELAWARE, OH  43015


SSN(S):     XXX-XX-0208
            XXX-XX-8567


## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:  February 25, 2010              /s/ Frank M. Pees
                                       Frank M. Pees
                                       Chapter 13 Trustee




| Name and Address | Amount |
|---|---|
| SANFORD J COHAN ESQ | 237.32 |
| 2500 CORPORATE EXCHNG DR 151A | |
| COLUMBUS, OH  43231 | |